IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROGER SPEARS                                                                                  PLAINTIFF

V.                          CIVIL ACTION NO. 2:16-cv-2007-MEF

NANCY A. BERRYHILL, Acting
Commissioner Social Security Administration[1]                                                DEFENDANT

**FINAL JUDGMENT**

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration denying his claim for disability benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c). The Court, having reviewed the administrative record, the briefs of the parties, the applicable law, and having heard oral argument, finds as follows, to-wit:

Consistent with the Court's ruling from the bench following the parties' oral argument, the decision of the Commissioner of Social Security is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the ALJ is directed to forward copies of all of the Plaintiff's medical records to a medical expert and have the expert review the records, and testify at a supplemental hearing, as to the Plaintiff's actual RFC abilities during the relevant time period. Special attention should be paid to the Plaintiff's ability to perform light work requiring occasional climbing, balancing,

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

stooping, kneeling, crouching, and crawling and involving no concentrated exposure to dust, fumes, gases, poor ventilation, and similar environments.

      IT IS SO ORDERED AND ADJUDGED on this the 25th day of April, 2017.

                                  /s/ *Mark E. Ford*
                                  HON. MARK E. FORD
                                  UNITED STATES MAGISTRATE JUDGE